# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| L. C. CUNNINGHAM,<br><br>                Plaintiff,<br><br>        v.<br><br>M. MARTINEZ, *et al.*,<br><br>                Defendants. | Case No. 1:19-cv-01508-SAB (PC)<br><br>ORDER GRANTING PLAINTIFF'S MOTION FOR EXTENSION OF TIME TO FILE FIRST AMENDED COMPLAINT<br><br>(ECF No. 10)<br><br>**THIRTY (30) DAY DEADLINE** |

   Plaintiff L. C. Cunningham is a state prisoner proceeding *pro se* and *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983.

   On January 27, 2020, the Court issued a screening order finding that Plaintiff had failed to state any cognizable claim for relief in his complaint, and directing Plaintiff to file a first amended complaint within thirty days from the date that the order was served. (ECF No. 8.) Therefore, Plaintiff's first amended complaint is currently due on March 2, 2020.

   Currently before the Court is Plaintiff's motion for a 30-day extension of time to file a first amended complaint, filed on February 11, 2020. (ECF No. 10.) Plaintiff asserts that he needs a 30-day extension of time because, due to an institution-wide prison lockdown, he currently has no access to the prison law library to conduct the legal research necessary to properly prepare a first amended complaint. (Id.)

   Having considered the request, the Court finds good cause to grant the requested

extension of time. Fed. R. Civ. P. 6(b).  Accordingly, Plaintiff's motion for an extension of time, (ECF No. 10), is HEREBY GRANTED.  Plaintiff shall file a first amended complaint curing the deficiencies identified in the Court's January 27, 2020 screening order within **thirty (30) days** from the date of service of this order.  <u>If Plaintiff fails to comply with this order, the Court will recommend to the District Judge that this action be dismissed for failure to state a claim, failure to prosecute, and failure to obey a court order</u>.

IT IS SO ORDERED.

Dated:   **February 13, 2020**

_____
UNITED STATES MAGISTRATE JUDGE