1

2

3

4

5               UNITED STATES DISTRICT COURT

6               EASTERN DISTRICT OF CALIFORNIA

7

8    L.C. CUNNINGHAM,                          Case No. 1:19-cv-01508-AWI-EPG (PC)

9                 Plaintiff,                   ORDER ADOPTING FINDINGS AND
                                               RECOMMENDATIONS
10        v.
                                               (ECF NOS. 12 & 18)
11   M. MARTINEZ, et al.,

12                Defendants.

13

14        L.C. Cunningham ("Plaintiff") is a state prisoner proceeding *pro se* and *in forma*

15   *pauperis* in this action filed on October 23, 2019.  The matter was referred to a United States

16   magistrate judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

17        On May 5, 2020, Magistrate Judge Erica P. Grosjean entered findings and

18   recommendations, recommending that "[t]his case proceed on Plaintiff's claim against

19   Defendant Harman for Failure to Protect in violation of the Eighth Amendment and on

20   Plaintiff's claim against Defendant Martinez for violation of the Free Exercise Clause of the

21   First Amendment," and that "[a]ll other claims and defendants be dismissed."  (ECF No. 18,

22   pgs. 10-11).

23        Plaintiff was provided an opportunity to file objections to the findings and

24   recommendations.  The deadline for filing objections has passed and Plaintiff has not filed

25   objections or otherwise responded to the findings and recommendations.[1]

26   _____

27        [1] It appears that Plaintiff included objections in his May 4, 2020, "Statement to the Court" (ECF
     No. 16), which he filed in response to Judge Grosjean's screening order.  However, no objections or responses
28   were filed to the May 5, 2020 Findings and Recommendation.

                                            1

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(B) and Local Rule 304, this Court has conducted a *de novo* review of this case.  Having carefully reviewed the entire file, the Court finds the findings and recommendations to be supported by the record and proper analysis.

Accordingly, THE COURT HEREBY ORDERS that:

1.    The findings and recommendations issued by the magistrate judge on May 5, 2020, are ADOPTED in full;

2.    This case proceed on Plaintiff's claim against Defendant Harman for failure to protect in violation of the Eighth Amendment and on Plaintiff's claim against Defendant Martinez for violation of the Free Exercise Clause of the First Amendment;

3.    All other claims and defendants are dismissed;

4.    The Clerk of Court is directed to add Defendant Harman to the Court's docket and to reflect the dismissal of defendants Yerry and Pfeiffer on the Court's docket; and

5.    This case is referred back to the magistrate judge for further proceedings.

IT IS SO ORDERED.

Dated:    August 20, 2020        _____
                                              SENIOR  DISTRICT  JUDGE