UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| L.C. CUNNINGHAM,<br><br>                    Plaintiff,<br><br>          v.<br><br>M. MARTINEZ, et al.,<br><br>                    Defendants. | Case No. 1:19-cv-01508-AWI-EPG (PC)<br><br>ORDER REQUIRING DEFENDANTS TO RESPOND TO PLAINTIFF'S MOTIONS FOR INJUNCTIVE RELIEF |

L.C. Cunningham ("Plaintiff") is a state prisoner proceeding *pro se* and *in forma pauperis* in this civil rights action filed pursuant to 42 U.S.C. § 1983.

On April 23, 2020, Plaintiff filed a motion for a preliminary injunction.  (ECF No. 15). On May 28, 2020, Plaintiff filed a motion for a temporary restraining order.  (ECF No. 19). Plaintiff has also filed numerous declarations in support of his motion(s).  (ECF Nos. 20-24; ECF No. 26; ECF No. 29; ECF Nos. 31-35).  Plaintiff generally alleges that Defendants, and other prison officials, are having inmates harass, taunt, annoy, irritate, and threaten Plaintiff.  They accomplished this, at least in part, by informing other inmates that Plaintiff is a snitch.

Given Plaintiff's allegations, the Court will require Defendants to file a response.

Accordingly, IT IS ORDERED that Defendants have twenty-one days from the date of

service of this order to file a response to Plaintiff's motions for injunctive relief and supporting declarations.  Not more than seven days after the response has been filed in CM/ECF, Plaintiff may serve and file a reply to the response.

IT IS SO ORDERED.

Dated:   **November 5, 2020**                    /s/ Erica P. Grosjean
                                                           UNITED STATES MAGISTRATE JUDGE