UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| L.C. CUNNINGHAM,<br><br>　　　　　　　　　　　　Plaintiff,<br><br>　　　v.<br><br>M. MARTINEZ, et al.,<br><br>　　　　　　　　　　　　Defendants. | Case No. 1:19-cv-01508-AWI-EPG (PC)<br><br>ORDER GRANTING DEFENDANTS' REQUEST FOR A NUNC PRO TUNC EXTENSION OF TIME TO OPT OUT OF OR SCHEDULE A SETTLEMENT CONFERENCE<br><br>Judge:　　　The Honorable Erica P. Grosjean<br>Trial Date:　Not set<br>Action Filed:　October 23, 2019 |

　　　The Court will grant Defendants' request for an extension of time *nunc pro tunc* to respond to the Court's November 5, 2020 order regarding an early settlement conference. Accordingly, IT IS ORDERED that Defendants shall either opt out of the settlement conference or contact the ADR coordinator to schedule a settlement conference no later than January 27, 2021.

IT IS SO ORDERED.

　　　Dated:　**January 14, 2021**　　　　　　　　　/s/ *Erica P. Grosjean*
　　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1