# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| L.C. CUNNINGHAM,<br><br>     Plaintiff,<br><br>     v.<br><br>M. MARTINEZ, et al.,<br><br>     Defendants. | Case No. 1:19-cv-01508-AWI-EPG (PC)<br><br>ORDER GRANTING DEFENDANTS' REQUEST TO OPT OUT OF EARLY SETTLEMENT CONFERENCE<br><br>(ECF No. 54) |

This matter has been referred for an early settlement conference.  (ECF No. 38).  On January 27, 2021, Defendants filed a request to opt out of the settlement conference, explaining that following an evaluation of the case and after conferring with Plaintiff, they have determined that an early settlement conference would not be productive at this time.  (ECF No. 54).  The Court will accordingly grant Defendants' request to opt out of an early settlement conference.[1]  A settlement conference may be scheduled at a later date, if appropriate.

It is ORDERED that Defendants' request to opt out of an early settlement conference (ECF No. 54) is GRANTED.

IT IS SO ORDERED.

   Dated:  **January 28, 2021**                          /s/ Erica P. Grosjean
                                                                    UNITED STATES MAGISTRATE JUDGE

---

[1] Pursuant to the order regarding early settlement conference (ECF No. 38), Defendants did not need to file a request to opt out of the early settlement conference.  Instead, Defendants should have filed a notice that Defendants are opting out of an early settlement conference.

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28