UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| L.C. CUNNINGHAM,<br><br>            Plaintiff,<br><br>       v.<br><br>M. MARTINEZ, et al.,<br><br>            Defendants. | Case No. 1:19-cv-01508-AWI-EPG (PC)<br><br>ORDER DENYING PLAINTIFF'S MOTIONS IN LIMINE, WITHOUT PREJUDICE<br><br>(ECF No. 62) |

      L.C. Cunningham ("Plaintiff") is a state prisoner proceeding *pro se* and *in forma pauperis* in this civil rights action filed pursuant to 42 U.S.C. § 1983.

      On February 19, 2021, Plaintiff filed motions in limine. (ECF No. 62).

      Plaintiff's motions are premature. The Court has not yet opened discovery or set a schedule in this case. The Court notes that, prior to trial, Defendants will be required to file a pretrial statement. Pursuant to Local Rule 281(b), this statement is required to include a list of all prospective witnesses, as well as a list of all documents and exhibits that Defendants intend to offer at trial. As Defendants have not yet filed their pretrial statement indicating the witnesses and exhibits they intend to use at trial, the Court will deny Plaintiff's motions in limine, without prejudice to Plaintiff refiling the motions after Defendants file their pretrial statement.

      Accordingly, IT IS HEREBY ORDERED that Plaintiff's motions in limine are DENIED,

without prejudice to Plaintiff refiling the motions after Defendants file their pretrial statement.

IT IS SO ORDERED.

    Dated: __**February 23, 2021**__   /s/ Erica P. Grosjean
                                              UNITED STATES MAGISTRATE JUDGE