# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| L.C. CUNNINGHAM,<br><br>  Plaintiff,<br><br>  v.<br><br>M. MARTINEZ, et al.,<br><br>  Defendants. | Case No. 1:19-cv-01508-AWI-EPG (PC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS<br><br>(Doc. No. 56) |

Plaintiff L.C. Cunningham is a state prisoner proceeding pro se and in forma pauperis in this civil rights action filed pursuant to 42 U.S.C. § 1983. The matter was referred to a United States magistrate judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Eastern District of California Local Rule 302.

On April 23, 2020, Plaintiff filed a motion for a preliminary injunction. Doc. No. 15. On May 28, 2020, Plaintiff filed a motion for a temporary restraining order. Doc. No. 19. Plaintiff has also filed numerous declarations and affidavits in support of these motions. Doc. Nos. 20–24, 26, 29, 31–35, 39–40 & 45. On December 3, 2020, Defendants filed their opposition to the motions. Doc. No. 47. On January 21, 2021, Plaintiff filed his reply. Doc. No. 53.

On January 28, 2021, the assigned magistrate judge entered findings and recommendations, recommending "that Plaintiff's motions for injunctive relief (ECF Nos. 15 & 19) be DENIED." Doc. No. 56 at 6.

Plaintiff was provided an opportunity to file objections to the findings and recommendations. On February 19, 2021, Plaintiff filed his objections to the findings and recommendations and a separate declaration in support. Doc. Nos. 60 & 61 at 6–7.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Eastern District of

1

California Local Rule 304, this Court has conducted a de novo review of this case. Having carefully reviewed the entire file, including Plaintiff's objections and declaration, the Court concludes that the findings and recommendations are supported by the record and proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations (Doc. No. 56) issued by the magistrate judge on January 28, 2021, are ADOPTED in full; and

2. Plaintiff's motions for injunctive relief (Doc. Nos. 15 & 19) are DENIED.

IT IS SO ORDERED.

Dated:  March 1, 2021

SENIOR DISTRICT JUDGE