# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **L.C. CUNNINGHAM,**<br><br>   **Plaintiff,**<br><br>   v.<br><br>**M. MARTINEZ, et al.,**<br><br>   **Defendants.** | **CASE NO. 1:19-cv-01508-AWI-EPG (PC)**<br><br>**ORDER ADOPTING FINDINGS AND RECOMMENDATIONS, AND DENYING MOTION FOR LEAVE TO AMEND**<br><br>(Doc. No. 69) |

Plaintiff L.C. Cunningham is a state prisoner proceeding pro se and in forma pauperis in this civil rights action filed pursuant to 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Eastern District of California Local Rule 302.

On March 12, 2021, Plaintiff filed a motion for leave to amend.  Doc. No. 68.  On March 15, 2021, Magistrate Judge Erica P. Grosjean entered findings and recommendations, recommending that Plaintiff's motion be denied.  Doc. No. 69 at 4.  Plaintiff was provided an opportunity to file objections to the findings and recommendations.  Plaintiff filed his objections on April 1, 2021.  Doc. No. 70.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Eastern District of California Local Rule 304, this Court has conducted a de novo review of this case.  Having carefully reviewed the entire file, including Plaintiff's objections, the Court concludes that the findings and recommendations are supported by the record and proper analysis.

**ORDER**

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations (Doc. No. 69) issued on March 15, 2021, are ADOPTED in full; and

2. Plaintiff's motion for leave to amend (Doc. No. 68) is DENIED.

IT IS SO ORDERED.

Dated:   April 6, 2021

SENIOR DISTRICT JUDGE