UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| L.C. CUNNINGHAM,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>M. MARTINEZ, et al.,<br><br>　　　　Defendants. | Case No. 1:19-cv-01508-AWI-EPG (PC)<br><br>ORDER REQUESTING THAT THE WARDEN OF KERN VALLEY STATE PRISON RESPOND TO PLAINTIFF'S MOTION FOR AN ORDER UNDER THE ALL WRITS ACT (ECF NO. 72)<br><br>ORDER DIRECTING CLERK TO SERVE A COPY OF THIS ORDER AND THE MOTION FOR AN ORDER UNDER THE ALL WRITS ACT (ECF NO. 72) ON SENIOR ASSISTANT ATTORNEY GENERAL MONICA ANDERSON AND THE WARDEN OF KERN VALLEY STATE PRISON |

　　　　L.C. Cunningham ("Plaintiff") is a state prisoner proceeding *pro se* and *in forma pauperis* in this civil rights action filed pursuant to 42 U.S.C. § 1983.

　　　　On April 26, 2021, Plaintiff filed what the Court construes as a motion under the All Writs Act. (ECF No. 72). Plaintiff alleges that he does have access to the law library, but he is not able to use books. Instead, Plaintiff appears to allege that his institution of confinement has an email system, but that system is not working for him and he is unable to "research [his] case." (Id. at 1).

　　　　Given that Plaintiff appears to allege that he is unable to view relevant law, the Court will request that the Warden of Kern Valley State Prison file a response to Plaintiff's motion.

1

Accordingly, IT IS REQUESTED that, within twenty-one (21) days from the date of service of this order, the Warden of Kern Valley State Prison file a response to Plaintiff's motion (ECF No. 72).

Additionally, IT IS ORDERED that the Clerk of Court is directed to serve Senior Assistant Attorney General Monica Anderson and the Warden of Kern Valley State Prison with a copy of this order and Plaintiff's motion (ECF No. 72).

IT IS SO ORDERED.

Dated: **April 28, 2021**

/s/ Erica P. Grosjean
UNITED STATES MAGISTRATE JUDGE