# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| L.C. CUNNINGHAM,<br><br>        Plaintiff,<br><br>    v.<br><br>M. MARTINEZ, et al.,<br><br>        Defendants. | Case No. 1:19-cv-01508-AWI-EPG (PC)<br><br>ORDER RE: PLAINTIFF'S DECLARATION DATED MAY 5, 2021<br><br>(ECF No. 74) |

      L.C. Cunningham ("Plaintiff") is a state prisoner proceeding *pro se* and *in forma pauperis* in this civil rights action filed pursuant to 42 U.S.C. § 1983.

      Plaintiff filed motions for injunctive relief, generally alleging that Defendants and other prison officials are having inmates harass, taunt, and threaten him. Plaintiff also filed numerous declarations, which he appears to have filed in support of these motion(s). (ECF Nos. 20-24; ECF No. 26; ECF No. 29; ECF Nos. 31-35; ECF Nos. 39-40; ECF No. 45). The motions were denied on March 1, 2021. (ECF No. 64).

      On May 12, 2021, Plaintiff filed a declaration, which is dated May 5, 2021. (ECF No. 74). Plaintiff does not ask for any form of relief. Instead, this appears to be another declaration in support of his motions for injunctive relief. As those motions have already been denied, the Court will take no action on Plaintiff's declaration.

\\\
\\\
\\\

1

As this is the sixteenth declaration that Plaintiff has filed in support of his motions for injunctive relief, and as the motions have already been denied, Plaintiff is warned that if he files additional declarations in support of his motions for injunctive relief that have already been denied, he may be subject to sanctions.

IT IS SO ORDERED.

Dated: **May 13, 2021**

/s/ Eric P. Grosjean
UNITED STATES MAGISTRATE JUDGE