1

2

3

4

5

6

7

8

9

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

10

L.C. CUNNINGHAM,

Plaintiff,

11

v.

12

M. MARTINEZ, et al.,

13

Defendants.

14

15

Case No. 1:19-cv-01508-AWI-EPG (PC)

ORDER REQUIRING PLAINTIFF TO FILE REPLY TO THE WARDEN OF KERN VALLEY STATE PRISON'S RESPONSE TO PLAINTIFF'S MOTION FOR AN ORDER UNDER THE ALL WRITS ACT

16         L.C. Cunningham ("Plaintiff") is a state prisoner proceeding *pro se* and *in forma*

17 *pauperis* in this civil rights action filed pursuant to 42 U.S.C. § 1983.

18         On April 26, 2021, Plaintiff filed what the Court construes as a motion under the All

19 Writs Act.  (ECF No. 72).  Plaintiff alleges that he does have access to the law library, but he is

20 not able to use books.  Instead, Plaintiff appears to allege that his institution of confinement has

21 an email system, but that system is not working for him and he is unable to "research [his]

22 case."  (Id. at 1).

23         On May 19, 2021, the Warden filed a response.  (ECF No. 76).  The Warden does not

24 contest that the email system is not working for Plaintiff.  Instead, the Warden states that

25 "Plaintiff still has access to the law library computers and printed materials which he may use

26 to conduct legal research."  (Id. at 2).

27         The Court will require Plaintiff to file a reply to the Warden's response related solely to

28 the issue of whether Plaintiff can access the law library to do legal research, including law

library computers and printed materials.  If Plaintiff does not believe he is able to do legal

research at the law library, Plaintiff should explain what legal resources he is being denied

access that he needs in order to prosecute this action.  If Plaintiff is alleging that he is being

denied access to the law library altogether, Plaintiff should attach to his reply any requests he

made for law library access, as well as the institution's responses.

Based on the foregoing, IT IS ORDERED that Plaintiff has fourteen days from the date

of service of this order to file a reply to the Warden of Kern Valley State Prison's response to

Plaintiff's motion.

IT IS SO ORDERED.

Dated:   **June 11, 2021**

/s/ Erica P. Grosjean
UNITED STATES MAGISTRATE JUDGE