UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| L.C. CUNNINGHAM,<br><br>       Plaintiff,<br><br>  v.<br><br>M. MARTINEZ, et al.,<br><br>       Defendants. | Case No. 1:19-cv-01508-AWI-EPG (PC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS<br><br>(ECF Nos. 72 & 83) |

      L.C. Cunningham ("Plaintiff") is a state prisoner proceeding *pro se* and *in forma pauperis* in this civil rights action filed pursuant to 42 U.S.C. § 1983. The matter was referred to a United States magistrate judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

      On April 26, 2021, Plaintiff filed what the assigned magistrate judge construed as a motion for an order under the All Writs Act. (ECF No. 72). On June 22, 2021, the assigned magistrate judge entered findings and recommendations, recommending "that Plaintiff's motion for an order under the All Writs Act (ECF No. 72) be DENIED." (ECF No. 83, p. 3).

      The parties were provided an opportunity to file objections to the findings and recommendations. While Plaintiff filed what appears to be a second reply in response to an order from the assigned magistrate judge (ECF No. 84), Plaintiff did not object to the findings and recommendations. Defendants did not object or otherwise respond to the findings and recommendations.

      In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this Court has conducted a de novo review of this case. Having carefully reviewed the entire file, the Court finds the findings and recommendations to be supported by the record and proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations issued by the magistrate judge on June 22, 2021 (Doc. No. 83), are ADOPTED IN FULL; and
2. Plaintiff's motion for an order under the All Writs Act (Doc. No. 72) is DENIED.

IT IS SO ORDERED.

Dated:   August 13, 2021              _____
                                      SENIOR  DISTRICT  JUDGE