UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| L.C. CUNNINGHAM,<br><br>                              Plaintiff,<br><br>         v.<br><br>M. MARTINEZ, et al.,<br><br>                              Defendants. | Case No. 1:19-cv-01508-AWI-EPG (PC)<br><br>ORDER GRANTING DEFENDANTS' MOTION TO STAY DISCOVERY AND TO VACATE NON-EXPERT DISCOVERY DEADLINE<br><br>(ECF No. 94) |

      L.C. Cunningham ("Plaintiff") is a state prisoner proceeding *pro se* and *in forma pauperis* in this civil rights action filed pursuant to 42 U.S.C. § 1983.

      On October 14, 2021, Defendants filed a motion to stay discovery and to vacate the non-expert discovery deadline. (ECF No. 94). Defendants argue that discovery should be stayed and that the non-expert discovery deadline should be vacated because their pending motion for summary judgment will potentially dispose of the entire case.

      As the Court has issued findings and recommendations recommending that Defendants' motion for summary judgment be granted and that this case be dismissed (ECF No. 97), the Court will grant Defendants' motion to stay discovery and to vacate the non-expert discovery deadline.[1] Additionally, the Court will vacate the deadline for the parties to file dispositive motions.

\\\

---

[1] The non-expert discovery deadline has now passed, but Defendants filed their motion before it did.

1

Accordingly, IT IS ORDERED that:

1. Discovery is stayed;
2. The non-expert discovery deadline is vacated; and
3. The deadline for the parties to file dispositive motions is vacated.

If necessary, the Court will reset these deadlines following the order on the Court's findings and recommendations.

IT IS SO ORDERED.

Dated: **November 2, 2021**                    /s/ Erica P. Grosjean
                                               UNITED STATES MAGISTRATE JUDGE