# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| L.C. CUNNINGHAM,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>M. MARTINEZ, et al.,<br><br>　　　　Defendants. | CASE NO. 1:19-cv-01508-AWI-EPG (PC)<br><br>**ORDER ADOPTING FINDINGS AND RECOMMENDATIONS**<br><br>(Doc. Nos. 86, 96 & 97) |

Plaintiff L.C. Cunningham is a state prisoner proceeding pro se and in forma pauperis in this civil rights action filed under 42 U.S.C. § 1983.  The matter was referred to a United States magistrate judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Eastern District of California Local Rule 302.

On July 26, 2021, Defendants filed a motion for summary judgment on the ground that Plaintiff failed to properly exhaust his available administrative remedies.  Doc. No. 86.  On September 27, 2021, Plaintiff filed his opposition.  Doc. No. 92.  On October 4, 2021, Defendants filed their reply.  Doc. No. 93.  On October 25, 2021, Plaintiff filed an unauthorized surreply.  Doc. No. 95.  On October 28, 2021, Defendants filed a motion to strike Plaintiff's unauthorized surreply.  Doc. No. 96.

On November 1, 2021, the assigned magistrate judge issued findings and recommendations, recommending that:  (1) Defendants' motion to strike Plaintiff's unauthorized surreply be denied as moot; (2) Defendants' motion for summary judgment be granted; and (3) this action be dismissed, without prejudice, because Plaintiff failed to exhaust his available administrative remedies before filing this action.  Doc. No. 97 at 20–21.  The parties were provided an opportunity to file objections to the findings and recommendations.  Id. at 21.  The

deadline to file objections has passed and no objections have been filed.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this Court has conducted a de novo review of this case. Having carefully reviewed the entire file, the Court concludes that the findings and recommendations are supported by the record and by proper analysis.

**ORDER**

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations (Doc. No. 97) that were issued on November 1, 2021, are ADOPTED in full;
2. Defendants' motion to strike Plaintiff's unauthorized surreply (Doc. No. 96) is DENIED as moot;
3. Defendants' motion for summary judgment (Doc. No. 86) is GRANTED;
4. This action is DISMISSED, without prejudice, because Plaintiff failed to exhaust his available administrative remedies before filing this action; and
5. The Clerk of Court is directed to CLOSE this case.

IT IS SO ORDERED.

Dated:   December 20, 2021                    _____
                                              SENIOR DISTRICT JUDGE